**No. 11-5743. Kamphiene Xayavong-sane, Petitioner v. Florida.**

565 U.S. 920, 132 S. Ct. 345, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 6874.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 63 So. 3d 770.

**No. 11-5745. Surinder Multani, aka Sam Multani, Petitioner v. United States.**

565 U.S. 920, 132 S. Ct. 345, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 6924.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 420 Fed. Appx. 621.

**No. 11-5750. Nathan Corley, Petitioner v. United States.**

565 U.S. 921, 132 S. Ct. 345, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 7092.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 245.

**No. 11-5754. Columbus Moore, Petitioner v. United States.**

565 U.S. 921, 132 S. Ct. 345, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 6791.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 425 Fed. Appx. 347.

**No. 11-5755. Robert Henry Moormann, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections.**

565 U.S. 921, 132 S. Ct. 346, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 6834.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 628 F.3d 1102.

**No. 11-5761. Rafael Rodriguez, Petitioner v. United States.**

565 U.S. 921, 132 S. Ct. 346, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 7059.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 644 F.3d 79 and 437 Fed. Appx. 8.

**No. 11-5763. Demetrious Williams, Petitioner v. United States.**

565 U.S. 921, 132 S. Ct. 346, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 6852.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 419 Fed. Appx. 405.

**No. 11-5766. Robert William Dutcher, Petitioner v. Arizona.**

565 U.S. 921, 132 S. Ct. 346, 181 L. Ed. 2d 217, 2011 U.S. LEXIS 6922.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.